U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 01-50070-01 |
| VERSUS | * | JUDGE WALTER |
| ANTONIO JACOBS | * | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a "Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure", filed by the United States.

**IT IS ORDERED** that Antonio Jacobs' sentence imposed on March 21, 2002, is hereby amended to __144__ months.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 14 day of March, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE